ZACH COWAN, City Attorney — SBN 96372
SARAH REYNOSO, Assistant City Attorney — SBN 120277
SReynoso@ci.berkeley.ca.us
MARK J. ZEMBSCH, Deputy City Attorney — SBN 127901
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
TEL.: (510) 981-6998
FAX.: (510) 981-6960

Attorneys for Defendant
CITY OF BERKELEY

FILED
JUN 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORLISTA REED,

    Plaintiff,

vs.

CITY OF BERKELEY,

    Defendant.

NO. C 09-05814 CW

STIPULATION AND [PROPOSED] ORDER TO DISMISS COMPLAINT WITH PREJUDICE

Plaintiff DORLISTA REED, in propria persona, and defendant City of Berkeley, through its attorney herein, Mark J. Zembsch, hereby stipulate that plaintiff's entire Complaint is hereby dismissed with prejudice. Each party to bear their own costs and attorney's fees.

DORLISTA REED

Dated: June 15, 2010.        By: _____
                                  DORLISTA REED, Plaintiff
                                  In Propria Persona

ZACH COWAN, City Attorney
SARAH REYNOSO, Assistant City Attorney
MARK J. ZEMBSCH, Deputy City Attorney

Dated: June 15, 2010.        By: _____
                                  MARK J. ZEMBSCH
                                  Attorneys for Defendant CITY OF BERKELEY

1  IT IS SO ORDERED.

2

3  Dated:  __JUN 1 5 2010__         _____
4                                    UNITED STATES DISTRICT COURT JUDGE